UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


| UNITED STATES OF AMERICA | ) | Case No. 1:08-cr-105 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | COLLIER / LEE |
| GALEN LAWAYNE ALLEN, JR. | ) | |


## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 29, 2010, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision of Supervising U.S. Probation Officer Janet F. Landers. Those present for the hearing included:

(1)     AUSA James Brooks for the USA.
(2)     The supervised releasee, GALEN LAWAYNE ALLEN, JR..
(3)     Attorney Mary Ellen Coleman with Federal Defender Services of Eastern Tennessee for defendant GALEN LAWAYNE ALLEN, JR.

After being sworn in due form of law, the supervised releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Defender Services of Eastern Tennessee was appointed to represent the defendant. It was determined that defendant had been provided with and reviewed with counsel a copy of the Petition for a Warrant or Summons for an Offender Under Supervision.

AUSA Brooks moved the defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier. Defendant waived his right to a preliminary hearing and detention hearing.

## Findings

Based upon the petition and defendant's waiver of preliminary hearing, the undersigned finds there is probable cause to believe the defendant has committed violations of his condition of supervised release as alleged in the petition.

## Conclusions

It is ORDERED:

(1)  The supervised releasee shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The motion of AUSA Brooks that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier **on June 17, 2010 at 2:00 p.m.**

ENTER.


s/*Susan K. Lee*
_____
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE